MAX MISHKIN, Appellant, v. SAMUEL SILVERSTEIN et al., Respondents, Impleaded with Others.— No opinion. Present — Martin, P. J. Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS M. HIPP, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EUGENE GILVEY, Respondent, v. ROCKEFELLER CENTER, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LIZZIE ABRAMS et al., Appellants, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELMER F. HIER, Respondent, v. THE BUTTERICK COMPANY, INCORPORATED, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH BREEN, INC., Respondent, v. BRITTANY CONSTRUCTION CORP., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GEORGE TWOHIE, Appellant, v. CENTRAL LAUNDRY SERVICE, INC., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOHN RINTEL, Respondent, v. DAIRYMEN'S LEAGUE COOPERATIVE ASSOCIATION, INC., Appellant.— No opinion. Present — Martin, P. J. Townley, Glennon, Untermyer and Dore, JJ.

STRUCTURAL BUILDERS, INC., Respondent, v. BOBBYDICK AMUSEMENT CO., INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RUDOLPH REINISCH, as Administrator of the Estate of RUDOLPH REINISCH, JR., Appellant, v. DEPARTMENT OF HOSPITALS OF THE CITY OF NEW YORK et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH ANDERSON, Respondent, v. JOSEPH S. EISENBERG et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EMIL SUNDHEIMER, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.